**Thomas F. Spaulding,** OSB No. 85003
E-mail address: tspaulding@scsllp.com
Spaulding, Cox & Schaeffer LLP
621 S.W Morrison Avenue
Suite 140
Portland, Oregon 97205
Telephone:  (503) 222-3815
Facsimile:  (503) 222-5779

       Attorney for Plaintiff

**Jeffrey J. Druckman**, OSB No. 79214
E-mail address:  jeff@jjdlaw.com
**Janine C. Blatt**, OSB No. 92232
E-mail address:  janine@jjdlaw.com
Druckman & Blatt, P.C.
0424 S.W. Iowa Street
Portland, Oregon 97239
Telephone:  (503) 241-5033
Facsimile:  (503) 241-9033

       Attorneys for Defendant


# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON


**LAWRENCE H. RABAU**,                                    CV 06-629-AA

         Plaintiff,                    **STIPULATION FOR JUDGMENT OF
                                       DISMISSAL**

    v.

**RADIOSHACK CORPORATION**,

         Defendant.

         The parties hereby stipulate, by and through their

respective attorneys, that judgment be entered dismissing all of


**Page 1 – Stipulation for Judgment of Dismissal**

plaintiff's claims and defendant's counterclaims with prejudice and without costs or attorney fees to any party.

IT IS SO STIPULATED:

DATED: <u>October 26, 2006</u>          DATED:  <u>December 4, 2006</u>


SPAULDING COX & SCHAEFFER,          DRUCKMAN & BLATT, P.C.
LLP


<u>/s/Thomas F. Spaulding</u>                 <u>/s/Jeffrey J. Druckman</u>
Thomas F. Spaulding                 Jeffrey J. Druckman
Oregon State Bar No. 85003          Oregon State Bar No. 79214
(503)222-3815                       (503) 241-5033

Attorneys for Plaintiff             Attorneys for Defendant

**Page 2 – Stipulation for Judgment of Dismissal**