UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LAWRENCE H. RABAU**,                                                                 CV 06-629-AA

        Plaintiff,                          **JUDGMENT OF DISMISSAL**

   v.

**RADIOSHACK CORPORATION**,

        Defendant.

        Based on the stipulation of the parties hereto, by and through their respective attorneys, it is hereby

//

//

//

**Page 1 – Judgment of Dismissal**

ORDERED AND ADJUDGED that all of plaintiff's claims are dismissed with prejudice and without costs or attorney fees to any party.

DATED this \_\_\_\_\_ day of _____, 2006.

_____
The Honorable Ann Aiken
U.S. District Court Judge

**Page 2 – Judgment of Dismissal**

I hereby certify that I served the foregoing **Judgment of Dismissal** on:

>Mr. Thomas F. Spaulding
>Spaulding Cox & Schaeffer, LLP
>Attorneys at Law
>621 SW Morrison Street, Suite 140
>Portland, OR 97205
>
>    Attorney for Plaintiff

by the following indicated method or methods:

☐   by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐   by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

☒   by **electronic filing** with the District Court's CM/ECF system.  The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with the Fed. R. Civ. P. 5(d).

☐   by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth below.

Dated this 4th day of December, 2006.

/s/Jeffrey J. Druckman
_____
Jeffrey J. Druckman
Attorney for Defendant

**Page 1** – Certificate of Service